IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DATE FILED: |
| v. | : | CRIMINAL NO. |
| ANDREW HARRIS<br>JUSTIN HIEMSTRA | : | MISDEMEANOR VIOLATIONS:<br>18 U.S.C. § 1030(a)(2)(C)(accessing a computer without authorization to obtain information from any protected computer—1 count)<br>18 U.S.C. § 1030(b)(attempting to access a computer without authorization or exceeding authorized access to obtain information from any department or agency of the United States—1 count)<br>18 U.S.C. § 2(a)(aiding and abetting) |

## INFORMATION

### COUNT ONE

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about November 2, 2016, in Haverford, in the Eastern District of Pennsylvania and elsewhere, defendants

**ANDREW HARRIS and**
**JUSTIN HIEMSTRA**

intentionally accessed, and aided and abetted the accessing of, a computer, using the username of A.S., without that person's authorization, to obtain information from a protected computer used in and affecting interstate commerce and communication.

In violation of Title 18, United States Code, Sections 1030(a)(2)(C), (c)(2)(A) and 2(a).

## COUNT TWO

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about November 2, 2016, in Haverford, in the Eastern District of Pennsylvania and elsewhere, defendants

**ANDREW HARRIS and
JUSTIN HIEMSTRA**

intentionally attempted to access a computer without authorization, and exceed authorized access, to obtain information, that is, the tax returns of a tax payer, from any department and agency of the United States, that is, the Internal Revenue Service, in violation of Title 18, United States Code, Section 1030(a)(2)(B).

In violation of Title 18, United States Code, Section 1030(b), (c)(2)(A).

for  **WILLIAM M. McSWAIN
United States Attorney**