IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: July 30, 2019 |
| vs. | : | |
| | : | |
| JUSTIN HIEMSTRA | : | |
| 1228 4TH STREET | | |
| ST. PAUL PARK, MN 55071 | : | |
| | : | |
| | : | Criminal No. 19-412-2 |

**NOTICE**

**TAKE NOTICE** that the above-entitled case has been set for an **Arraignment/Plea Hearing** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **Tuesday, August 6, 2019** at **4:00p.m.** before the **Honorable Cynthia M. Rufe**, in **Courtroom 12A, 12th Floor.**

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

INTERPRETER REQUIRED
☐ THIS PROCEEDING HAS BEEN RESCHEDULED FROM

Very truly yours,

Eric Pratt
Deputy Clerk to Judge Cynthia M. Rufe

Notice to:
Defendant
M. Van der Veen, Esq.
A. Wzorek, A.U.S.A.
U.S. Marshal
Probation Office
Pretrial Services
Crystal Wardlaw

Cr 4 (rev. 8/97)